SCHOOL DISTRICT NO. 12, of Cumberland, *vs*. TOWN OF
CUMBERLAND.

PROVIDENCE—JULY 18, 1898.

PRESENT : Matteson, C. J., Stiness and Tillinghast, JJ.

(1) *Public Schools; Change from District to Town System. Taxation and
Remissions. Constitutional Law. Mandamus.*

An assessment of taxes specially required by statute may be made after
the time prescribed therefor, the same to be made as of the time when it
would have been done if the law had been observed.

The constitutionality of Pub. Laws R. I. cap. 447, passed May 29, 1884,
re-affirmed.

At a meeting of the electors of the town of Cumberland
held June 14, 1894, a majority voted to abolish the district
system and to adopt the town system of conducting their
public schools. A commission was thereafterwards appointed
by the Supreme Court to appraise the school property thereby
acquired by the town, and the report of this commission was
confirmed. The assessors of taxes of said town declined to
assess the special tax, and to make the remissions on account
thereof, required by statute. Upon an application for a writ
of *mandamus* to compel such assessment and remissions, the
assessors incorporated in their answers the following ques-
tions : *First*, Is that part of the statute relating to assess-
ments and remissions constitutional ? *Second*, If so, upon
the ratable property of what year shall the assessment be
made ? *Third*, in what form shall the remissions be made,
by deduction from the current general assessment or by pay-
ments in money ?

(1)    PER CURIAM. The constitutionality of Pub. Laws R. I.
cap. 447, was sustained in *Town Council of Cranston, Peti-
tioner*, 18 R. I. 417.[1] Our opinion is that the writ of *man-
damus* prayed for should be granted; that the assessors
should assess the tax as of the year 1895, when it should

---

[1] The statute is quoted in full in a note to the report of this case.

have been assessed; and that the remissions should be made to the persons who were then tax-payers.

NOTE.—Upon the issuance and service of the writ the assessors made the required assessments on the ratable property of the town according to its valuation of August 15, 1895, and apportioned the remissions to those who were then tax-payers in the respective school districts.